IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STANLEY LEE JILES, JR.,

      Plaintiff,

vs.                                            Case No. 16-cv-15-bbc

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

      Defendant.

---

ORDER ON THE COMMISSIONER'S MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Commissioner's motion to remand this action, this Court now, upon substantive review, enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will attempt to obtain additional medical records. The ALJ will then proceed through the sequential disability evaluation

process as appropriate and issue a new decision. If warranted, the ALJ will obtain supplemental vocational expert testimony.

SO ORDERED this 9th day of September, 2016.

Barbara B. Crabb
HON. BARBARA B. CRABB
United States District Judge