IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STANLEY LEE JILES, JR.,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                              16-cv-15-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, under sentence four of 42 U.S.C. § 405(g) and remanding this case for further proceedings.

| /s/ | 9/9/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |